| Client | Trans Date | Tmkr | H/P | Tcode/Task Code | Rate | Hours to Bill | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Entry Date 08/25/2012** | | | | | | | | | |
| 2282.001 | 08/24/2012 | 11 | A | 1 | 285.00 | 0.70 | 199.50 | Meeting with client regarding bankruptcy options. Merwin/Polly and Brent Bankruptcy | ARCH |
| **Total for Entry Date 08/25/2012** | | | | | Billable | 0.00 | 0.00 | | |
| | | | | | Non-billable | 0.70 | 199.50 | | |
| | | | | | Total | 0.70 | 199.50 | | |
| **Entry Date 09/20/2012** | | | | | | | | | |
| 2282.001 | 09/18/2012 | 12 | P | 1 | 225.00 | 0.70 | 157.50 | Review client documents for completeness. Merwin/Polly and Brent Bankruptcy | 2 |
| 2282.001 | 09/19/2012 | 12 | P | 1 | 225.00 | 2.70 | 607.50 | Perform paystub analysis(.5); finish document and packet accuracy review(.6); verify creditor matrix(.2); perform means test (.3); complete schedules and SOFA(.9); conference with N. Henderson regarding missing documentation and further necessary information (.2). Merwin/Polly and Brent Bankruptcy | 3 |
| **Total for Entry Date 09/20/2012** | | | | | Billable | 3.40 | 765.00 | | |
| **Entry Date 10/02/2012** | | | | | | | | | |
| 2282.001 | 10/02/2012 | 11 | P | 1 | 285.00 | 0.30 | 85.50 | Review petition and obtain credit counseling certificates; file case and email clients regarding case number and important dates. Merwin/Polly and Brent Bankruptcy | 5 |
| **Total for Entry Date 10/02/2012** | | | | | Billable | 0.30 | 85.50 | | |
| **Entry Date 10/13/2012** | | | | | | | | | |
| 2282.001 | 10/13/2012 | 11 | P | 1 | 285.00 | 1.00 | 285.00 | Telephone conference with clients regarding review of schedules and statement of financial affairs. Merwin/Polly and Brent Bankruptcy | 7 |
| 2282.001 | 10/14/2012 | 11 | P | 1 | 285.00 | 0.50 | 142.50 | Update Schedules and Statement of Financial Affairs; email to clients regarding same. Merwin/Polly and Brent Bankruptcy | 8 |
| **Total for Entry Date 10/13/2012** | | | | | Billable | 1.50 | 427.50 | | |
| **Entry Date 10/23/2012** | | | | | | | | | |
| 2282.001 | 10/18/2012 | 9 | P | 1 | 125.00 | 0.60 | 75.00 | Telephone conference with client; telephone conference with N. Henderson; memo to file. Merwin/Polly and Brent Bankruptcy | 9 |
| 2282.001 | 10/23/2012 | 11 | P | 1 | 285.00 | 1.00 | 285.00 | Telephone call from client regarding payment questions (0.2); review and finalize amended schedules (0.4); revise and finalize plan (0.4); email to clients regarding same (0.2). Merwin/Polly and Brent Bankruptcy | 10 |
| **Total for Entry Date 10/23/2012** | | | | | Billable | 1.60 | 360.00 | | |
| **Entry Date 10/25/2012** | | | | | | | | | |
| 2282.001 | 10/25/2012 | 11 | P | 1 | 285.00 | 0.80 | 228.00 | Telephone call from client regarding additional changes to schedules and plan (0.3); prepare revisions and email to clients for review and execution (0.5). Merwin/Polly and Brent Bankruptcy | 11 |
| **Total for Entry Date 10/25/2012** | | | | | Billable | 0.80 | 228.00 | | |
| **Entry Date 11/05/2012** | | | | | | | | | |
| 2282.001 | 11/05/2012 | 9 | P | 1 | 125.00 | 0.70 | 87.50 | Email from N. Henderson; review file; sent redacted tax returns to trustee; telephone conference with client (x4); conference with N. Henderson.. Merwin/Polly and Brent Bankruptcy | 12 |
| **Total for Entry Date 11/05/2012** | | | | | Billable | 0.70 | 87.50 | | |
| **Entry Date 11/06/2012** | | | | | | | | | |
| 2282.001 | 11/06/2012 | 11 | P | 1 | 285.00 | 1.20 | 342.00 | Prepare for and attend First Meeting of Creditors (0.9); post-Meeting conference with clients (0.1); email to J. | 13 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Entry Date 11/06/2012**

| | | | | | | | | Aspaas regarding objection to confirmaiton by Deutsche Bank and status of modification (0.2). Merwin/Polly and Brent Bankruptcy | |

**Total for Entry Date 11/06/2012**  Billable  1.20  342.00

**Entry Date 11/29/2012**

| 2282.001 | 11/29/2012 | 11 | P | 1 | 285.00 | 0.20 | 57.00 | Telephone call from client regarding questions about modification and confirmation hearing. Merwin/Polly and Brent Bankruptcy | 15 |

**Total for Entry Date 11/29/2012**  Billable  0.20  57.00

**Entry Date 11/30/2012**

| 2282.001 | 11/30/2012 | 11 | P | 1 | 285.00 | 0.20 | 57.00 | Email from K.McKenzie regarding update on permanent loan modification; email to clients regarding same. Merwin/Polly and Brent Bankruptcy | 16 |

**Total for Entry Date 11/30/2012**  Billable  0.20  57.00

**Entry Date 12/04/2012**

| 2282.001 | 12/04/2012 | 11 | P | 1 | 285.00 | 0.10 | 28.50 | Telephone call from E. Marshack regarding objection to confirmation by Deutsche Bank. Merwin/Polly and Brent Bankruptcy | 17 |

**Total for Entry Date 12/04/2012**  Billable  0.10  28.50

**Entry Date 12/06/2012**

| 2282.001 | 12/05/2012 | 12 | P | 1 | 225.00 | 1.90 | 427.50 | Analyze creditor and trustee objections to confirmation (1.1); Emails with E. Marshack regarding resolution to objection (.2); begin drafting amended plan (.6). Merwin/Polly and Brent Bankruptcy | 18 |
| 2282.001 | 12/06/2012 | 12 | P | 1 | 225.00 | 0.90 | 202.50 | Attend confirmation hearing for setover( .6); review creditor service per judge's request (.3). Merwin/Polly and Brent Bankruptcy | 19 |

**Total for Entry Date 12/06/2012**  Billable  2.80  630.00

**Entry Date 12/12/2012**

| 2282.001 | 12/11/2012 | 12 | P | 1 | 225.00 | 0.40 | 90.00 | Telephone call to Ch 13 Trustee regarding objections; analyze new plan payment feasibility. Merwin/Polly and Brent Bankruptcy | 20 |

**Total for Entry Date 12/12/2012**  Billable  0.40  90.00

**Entry Date 12/13/2012**

| 2282.001 | 12/12/2012 | 12 | P | 1 | 225.00 | 1.30 | 292.50 | Telephone call from Trustee regarding OCP (.2): obtain 2nd mortgage deed and draft motion to avoid lien (.7); telephone call from client regarding additional trustee required documents (.2); review additional client documents for completeness (.2). Merwin/Polly and Brent Bankruptcy | 22 |

**Total for Entry Date 12/13/2012**  Billable  1.30  292.50

**Entry Date 12/14/2012**

| 2282.001 | 12/13/2012 | 12 | P | 1 | 225.00 | 0.20 | 45.00 | Telephone call from Twin Star regarding trailer valuation. Merwin/Polly and Brent Bankruptcy | 26 |
| 2282.001 | 12/14/2012 | 12 | P | 1 | 225.00 | 0.80 | 180.00 | Conference with N. Henderson regarding creditor negotiations(.2); review banks statements (.1) amend schedules; (.4); telephone call to client (.1). Merwin/Polly and Brent Bankruptcy | 27 |

**Total for Entry Date 12/14/2012**  Billable  1.00  225.00

**Entry Date 12/20/2012**

| 2282.001 | 12/17/2012 | 12 | P | 1 | 225.00 | 0.50 | 112.50 | Telephone call from Twin Star regarding valuation; telephone call to P. Merwin regarding inspection of collateral and plan issues. | 28 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Entry Date 12/20/2012** | | | | | | | | | |
| 2282.001 | 12/18/2012 | 12 | P | 1 | 225.00 | 0.60 | 135.00 | Merwin/Polly and Brent<br>Bankruptcy<br>File attorney fee disclosure (.2); Telephone call to Trustee regarding objections (.1); emails with mortgage creditor regarding objections (.3). | 29 |
| 2282.001 | 12/19/2012 | 12 | P | 1 | 225.00 | 0.20 | 45.00 | Merwin/Polly and Brent<br>Bankruptcy<br>Telephone call from trustee regarding objection and additional claims. | 30 |
| 2282.001 | 12/20/2012 | 11 | P | 1 | 285.00 | 0.40 | 114.00 | Merwin/Polly and Brent<br>Bankruptcy<br>Attend adjourned confirmation hearing.<br>Merwin/Polly and Brent<br>Bankruptcy | 31 |
| **Total for Entry Date 12/20/2012** | | | | | Billable | 1.70 | 406.50 | | |
| **Entry Date 12/26/2012** | | | | | | | | | |
| 2282.001 | 12/20/2012 | 12 | P | 1 | 225.00 | 1.30 | 292.50 | Analyze propriety of secured claim.<br>Merwin/Polly and Brent<br>Bankruptcy | 32 |
| **Total for Entry Date 12/26/2012** | | | | | Billable | 1.30 | 292.50 | | |
| **Entry Date 12/28/2012** | | | | | | | | | |
| 2282.001 | 12/26/2012 | 12 | P | 1 | 225.00 | 0.60 | 135.00 | Prepare objection to secured claim.<br>Merwin/Polly and Brent<br>Bankruptcy | 33 |
| 2282.001 | 12/26/2012 | 12 | P | 1 | 225.00 | 0.70 | 157.50 | Telephone conference with P. Merwin regarding secured claim and amendments (.2); amend schedules with new creditor information.<br>Merwin/Polly and Brent<br>Bankruptcy | 34 |
| **Total for Entry Date 12/28/2012** | | | | | Billable | 1.30 | 292.50 | | |
| **Entry Date 01/07/2013** | | | | | | | | | |
| 2282.001 | 01/02/2013 | 12 | P | 1 | 225.00 | 4.10 | 922.50 | Finalize, file and serve amended plan (2.1); Prepare and file amended address matrix (.4); verify service rules for additional creditors (1.4); file objection to secured claims (.2).<br>Merwin/Polly and Brent<br>Bankruptcy | 35 |
| 2282.001 | 01/03/2013 | 12 | P | 1 | 225.00 | 1.80 | 405.00 | Finalize and file amended schedules.<br>Merwin/Polly and Brent<br>Bankruptcy | 36 |
| **Total for Entry Date 01/07/2013** | | | | | Billable | 5.90 | 1,327.50 | | |
| **Entry Date 01/08/2013** | | | | | | | | | |
| 2282.001 | 12/13/2012 | 12 | P | 1 | 225.00 | 0.70 | 157.50 | Prepare OCP and fee itemization (.5); telephone call to client regarding plan payment (.2).<br>Merwin/Polly and Brent<br>Bankruptcy | 39 |
| 2282.001 | 01/02/2013 | 9 | P | 1 | 90.00 | 3.10 | 279.00 | Assist with preparation and mail amended plan to creditors.<br>Merwin/Polly and Brent<br>Bankruptcy | 37 |
| 2282.001 | 01/03/2013 | 9 | P | 1 | 90.00 | 0.90 | 81.00 | Serve required documents on newly added creditors.<br>Merwin/Polly and Brent<br>Bankruptcy | 38 |
| 2282.001 | 01/08/2013 | 12 | P | 1 | 225.00 | 1.30 | 292.50 | Prepare updated OCP and fee itemization; (.6); draft closing letter to clients (.7).<br>Merwin/Polly and Brent<br>Bankruptcy | 40 |
| 2282.001 | 01/08/2013 | 12 | P | 1 | 225.00 | 0.50 | 112.50 | Attend confirmation hearing (anticipated).<br>Merwin/Polly and Brent<br>Bankruptcy | 41 |
| **Total for Entry Date 01/08/2013** | | | | | Billable | 6.50 | 922.50 | | |
| **Entry Date 01/15/2013** | | | | | | | | | |
| 2282.001 | 01/14/2013 | 11 | P | 1 | 285.00 | 0.40 | 114.00 | Review notice of default from Trustee; email to client regarding missing payment; telephone call from T. Clark at Twin Star CU regarding no objection to value.<br>Merwin/Polly and Brent<br>Bankruptcy | 43 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | Ref # |
|---|---|---|---|---|---|---|---|---|
| Total for Entry Date 01/15/2013 | | | | | Billable | 0.40 | 114.00 | |

**GRAND TOTALS**

|  | Hours | Amount |
|---|---|---|
| Billable | 32.60 | 7,031.00 |
| Non-billable | 0.70 | 199.50 |
| Total | 33.30 | 7,230.50 |

Timekeepers:
9=Legal Assistants
11=Nicholas J. Henderson, OSB #074027
12=Troy G. Sexton, OSB #115184

Summary:
Fees: $7,230.50
Costs:$339.15
Courtesy Discount:$0.00
Total Charges:$7,569.65