NRD (12/1/15)

UNITED STATES BANKRUPTCY COURT
District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
F I L E D

June 1, 2016

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re
**Polly Anna Merwin**
**Brent Patrick Merwin**
Debtor(s)

)
)
) Case No. **12–37542–rld13**
)
) NOTICE RE COMPLETION OF
) PLAN PAYMENTS; DEBTOR
) **REQUIREMENT(S) FOR ENTRY**
) **OF DISCHARGE;** INTENT TO
) POSSIBLY CLOSE CASE
) WITHOUT ENTRY OF
) DISCHARGE; AND 11 USC
) §522(q)(1) MOTION DEADLINE
)

The trustee has notified the court that the plan payments in this Chapter 12/13 case have been completed, now, therefore,

**NOTICE IS GIVEN THAT** the debtor(s) must completely fill out, sign, and file Local Bankruptcy Form (LBF) 525, Individual Debtor's Certification Regarding Payment of Domestic Support Obligations In a Chapter 12/13 Case, and Statement Re 11 USC §522(q)(1) Applicability, within 21 days of the "Filed" date above, with the Clerk, U.S. Bankruptcy Court, or else this case may be closed, upon completion of all case administration, without entry of a Discharge Order or further notice.

**NOTICE IS FURTHER GIVEN THAT** this case may also be closed, upon completion of all case administration, without entry of a Discharge Order or further notice, unless, within 21 days of the "Filed" date above, a Certification About a Financial Management Course (the course provider's certificate and/or Official Form 423) is filed by the debtor(s) with the Clerk, U.S. Bankruptcy Court.

To obtain a list of approved providers for the financial management course, go to www.orb.uscourts.gov and select Debtor Education Providers under Other Resources.

To obtain Official Form 423, go to www.orb.uscourts.gov and select Official Forms under the Forms menu.

**NOTICE IS FURTHER GIVEN THAT** any interested party wishing to file a motion for the court to not enter a discharge because there is a pending proceeding for which the debtor(s) may be found guilty of a felony or liable for a debt of a kind described in 11 USC §522(q)(1) shall, within 21 days of the "Filed" date above, file a written motion with the Clerk, U.S. Bankruptcy Court, including a completed Certificate of Service on the debtor(s), any Trustee, U.S. Trustee, and their respective attorneys.

Clerk, U.S. Bankruptcy Court
1001 SW 5th Ave #700
Portland, OR 97204